MIDWESTERN INDEMNITY COMPANY, APPELLEE,
*v.* SAVAGE ET AL.; RICH, APPELLANT.

[Cite as *Midwestern Indemn. Co. v. Savage,*
99 Ohio St.3d 242, 2003-Ohio-3393.]

(Nos. 2002–2058 and 2002–2082—Submitted
April 29, 2003—Decided July 16, 2003.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Penn Traffic Co. v. AIU Ins. Co.,* 99 Ohio St.3d 227, 2003-Ohio-3373, 790 N.E.2d 1199, decided today.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

O'DONNELL, J., not participating.

---

Mazanec, Raskin & Ryder Co., L.P.A., Edward M. Ryder, David K. Frank and Kristin L. Gatherum, for appellee.

Keating, Muething & Klekamp, P.L.L., William A. Posey and Joseph M. Callow Jr., for appellant.